1  RANDALL & DANSKIN, P.S.
2  David A. Kulisch, WSBA #18313
   Robert P. Hailey, WSBA #10
3  601 West Riverside Avenue, Suite 1500
4  Spokane, WA 99201
   Telephone: (509) 747-2052
5  Attorneys for Plaintiff
6
7
8
9              UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF WASHINGTON
11
12 THOMAS R. DAVIS,
                                         No. CV-06-00177-FVS
13              Plaintiff,
14 vs.
15                                       JUDGMENT
   LANCE HAYNIE, an unmarried man,
16 d/b/a LBH Communications, LBH Comm.,
17 LBH Comm., Inc., Diversified Medical,
   Diversified Medical, Inc. and Diversified
18 Medical Systems, Inc.,
19
                Defendants.
20
21
22     This matter having come on for hearing before the Court, Hon. Fred Van Sickle,
23
   on February 20, 2007, and the issues having been duly heard and a decision rendered
24
25 thereon by the Court on this same date, in favor of the Plaintiff,
26     IT IS ORDERED AND ADJUDGED:
27
28

JUDGMENT - 1

**RANDALL & DANSKIN, P.S.**
ATTORNEYS AND COUNSELORS
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

1. That Plaintiff have and recover judgment against Defendants Lance B. Haynie, an unmarried man, d/b/a LBH Communications, LBH Comm., LBH Comm., Inc. Diversified Medical, Diversified Medical, Inc. and Diversified Medical Systems, Inc., in the following amount:

| | |
|---|---|
| a. Principal Amount | $ 523,000.00 |
| b. Prejudgment Interest at 5.07% from August 1, 2004 to date of Judgment | $ 67,852.16 |
| c. Filing Fee | $ 350.00 |
| d. CPA Damages | $ 10,000.00 |
| e. Costs – Service of Process | $ 45.00 |
| Total Amount of Judgment[1] | $ 601,247.16 |

Dated this 20th day of February, 2007.

          s/ Fred Van Sickle
          Honorable Fred Van Sickle

---

[1] Plaintiff intends to present a motion for attorney's fees pursuant to the provisions of R.C.W. §§ 21.20.010, 21.20.020, 21.20.430(1) and 21.20.430(3) and RCW § 19.86.010 *et seq.* Plaintiff will seek the amount of any court awarded attorney's fees in an amendment to the Court's Judgment herein.

JUDGMENT - 2

**RANDALL & DANSKIN, P.S.**
ATTORNEYS AND COUNSELORS
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0653
(509) 747-2052

Presented by:

RANDALL & DANSKIN, P.S.


By _____
       David A. Kulisch, WSBA #18313
       Attorneys for Plaintiff Davis

JUDGMENT - 3

**RANDALL & DANSKIN, P.S.**
ATTORNEYS AND COUNSELORS
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052

CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

          s/David A. Kulisch
          David A. Kulisch, WSBA #18313
          Attorney for Thomas R. Davis
          Randall & Danskin, P.S.
          601 W. Riverside, Suite 1500
          Spokane, WA  99201-0653
          Phone  509/747-2052
          Fascimile       509/624-2528
          dak@randanco.com

JUDGMENT - 4

**RANDALL & DANSKIN, P.S.**
ATTORNEYS AND COUNSELORS
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052